FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NO. 450011023712

GREGORY J. HERNANDEZ

Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

CIVIL ACTION

NO. 11-1232

SECTION SECT. J MAG. 1

versus

DET. JOSEPH DEWHIRST, SCPSO.
GREG CHAMPAGNE, SHERIFF
Roland Ladrett, WARDEN
HARRY J. Morel, JR, District Att.
of St. Charles Parish, LA.

Print the full name of all defendants in
this action.
**DO NOT WRITE et al.**

COMPLAINT

I.   Previous Lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same
        facts involved in this action or otherwise relating to your imprisonment?
        Yes ( )  No (✓)

TENDERED FOR FILING

APR 29 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee Pauper
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

B.   If your answer to A is "yes", describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1.   Parties to the previous lawsuit

        Plaintiffs _____ *N/A* _____

        _____

        Defendants _____ *N/A* _____

        _____

    2.   Court (If federal court, name of the district court; if state court, name the parish.) _____ *N/A* _____

    3.   Docket Number _____ *N/A* _____

    4.   Name of judge to whom case was assigned _____ *N/A* _____

    _____

    5.   Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

    _____ *N/A* _____

    6.   Approximate date of filing lawsuit _____ *N/A* _____

    7.   Approximate date of disposition _____ *N/A* _____

C.   Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )   No (✗)

If your answer is "yes", list the civil action numbers and the disposition of each case.  You also must identify in which federal district or appellate court the action was brought. _____ *N/A* _____

_____

_____

2

II.   PLACE OF PRESENT CONFINEMENT: _Nelson Coleman Correctional Center_

A.   Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B.   Did you present the facts relating to this complaint in the prisoner grievance
procedure? Yes ( ) No (✓)

C.   If your answer is "yes",

1.   Attach a copy of all administrative complaints you have filed regarding
the claims raised in this lawsuit and copies of all prison responses. If
copies are not available, list the number assigned to the complaint(s)
and approximate date it was presented to the prison. _____

_NONE_

2.   As to each grievance compliant provided or listed above, have you
exhausted or completed all steps in the procedure, including appeals?
_N/A_

D.   If your answer is NO, explain why you have not done so: _____
_This Action involves Deprivation of Civil_
_Rights And The claims Do not concern any_
_Prison conditions OR is A Prison issue_

III. Parties

(In item A below, complete the following information.  Do the same for additional
plaintiffs, if any.)

A.   Full Name of Plaintiff
(First · Middle · Last) _GREGORY JOSEPH HERNANDEZ_

Prisoner Number _____ _45001102312 (Pre-Trial ID #)_

Address _5061 Hwy. 3127 - Killona, LA. 70057 - Dorm, B, 1_

Date of Birth _03-07-55_

Date of Arrest _July 27, 2010 (By STATE Authorities)_

Date of Conviction _STILL ongoing AT This TIME (Federal)_

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B.   Defendant DET. Joseph DEWHIRST is employed as DETECTIVE Sheriff's Office at ST. Charles PARish

Address for service: ST. Charles PARish SheRiff's Office

C.   Defendant GREG Champagne is employed as SheRiff at ST. Charles PARish

Address for service: Clerk of Court, Hahnville, LA. 70057

D.   Defendant Roland Ladrett is employed as WARDEN N.C.C.C. at Nelson Coleman CoRR. Center

Address for service: 5061 Hwy. 3127 - Killona, LA. 70057

E.   Defendant HARRY J. Morel, JR. is employed as DisTRicT ATTORNEY 29th Judicial District Court at Hahnville, LA.

Address for service: P.O. Box 680 Hahnville, LA. 70057

F.   Defendant _____ is employed as _____

_____ at _____

Address for service: _____

G.   Defendant _____ is employed as _____

_____ at _____

Address for service: _____

4

IV.   Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant
is involved. Include also the names of other persons involved, dates, and places. Do
not give any legal arguments or cite any cases or statutes. If you intend to allege a
number of related claims, number and set forth each claim in a separate paragraph.
Use as much space as you need. Attach extra sheet if necessary.)

Plaintiffs current federal case(11-021) is based off an illegal
search & seizure by St. Charles Parish Sheriffs office who
arrested him outside of its' jurisdiction (Orleans Parish) and
said Affidavit of probable cause to issue arrest warrant
was based upon an uncorroborated statement from Allan
Epperson who was also arrested by St. Charles Parish on
7-23-10, Plaintiff was arrested on 7/27/10, Plaintiff's
federal bank fraud case stems from the unlawful actions
of St. Charles Parish sheriffs office employee's who made
an arrest not supported by Probable Cause.

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.)

Request hearing to determine lawfulness of federal case
(11-021) based upon unlawful actions by St. Charles Parish
Also, subject-matter jurisdiction over common-law
state crimes as alleged in plaintiff's Bill of Information
rests with state and not federal officials, civil
rights violated by state (St. Charles Parish) detaining me for
6 months, awaiting federal action violated due process
and denied equal protection. Federal Government nor
Congress can Regulate activities (criminal) that occurs
on private property, therefore, all crimes (common- law)
in Bill of Information have been unlawfully
transferred by state to federal. And as such no
subject matter jurisdiction exists by federal authorities
to prosecute common law state crimes and this court
should Rule accordingly, that civil rights were violated.

VI. Plaintiff's Declaration

1)   I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)   I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)   I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)   I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this ___27th___ day of ___April_____, 20_11_.


_____
(Signature of Plaintiff)

04/2006

6

Gregory J. Hernandez
Dorm. B-1
Nelson Coleman Corr. Center
5061 Hwy. 3127
Killona, LA 70057

NOT UNCENSORED
NOT RESPONSIBLE FOR CONTENTS
ST. CHARLES PARISH JAIL
DATE _____

"Legal"

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA
70130