UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**GREGORY J. HERNANDEZ**                                    **CIVIL ACTION**

**VERSUS**                                                  **NO. 11-1232**

**DET. JOSEPH DEWHIRST, ET AL.**                            **SECTION "J"(1)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against Sheriff Greg Champagne and Warden Roland Ladreyt are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's claims against District Attorney Harry J. Morel, Jr., are **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary damages against a defendant who is immune from such relief.

**IT IS FURTHER ORDERED** that plaintiff's claims against Detective Joseph Dewhirst

are **STAYED** and that the Clerk of Court is directed to mark this action **CLOSED** for statistical purposes.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction and that the case be restored to the trial docket upon plaintiff's motion once his criminal proceedings are concluded, so that the claims against Dewhirst may proceed to final disposition.

New Orleans, Louisiana, this 20th day of July, 2011.

_____
**UNITED STATES DISTRICT JUDGE**